**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**PAMELA ROBERTS**                                                                   **PLAINTIFF**

**v.**                                                              **No. 1:25-cv-00192-MPM-DAS**

**CITY OF BOONEVILLE, MS., et al,**                                    **DEFENDANTS**

<u>**JUDGMENT**</u>

For the reasons set forth in the Court's Order entered this date and its adoption of the Report and Recommendation of United States Magistrate Judge David A. Sanders [4], the Court DISMISSES Plaintiff Pamela Roberts' Complaint [1] with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii). ACCORDINGLY, all claims in this action are DISMISSED WITH PREJUDICE. This case is CLOSED.

SO ORDERED, this the 3rd day of March, 2026.

                                                                       /s/Michael P. Mills
                                                                     UNITED STATES DISTRICT JUDGE
                                                                     NORTHERN DISTRICT OF MISSISSIPPI